AO 91 (Rev. 11/11) Criminal Complaint (Rev. by USAO on 3/12/20)   ☐ Original   ☐ Duplicate Original

FILED
CLERK, U.S. DISTRICT COURT
11/1/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___ts___ DEPUTY

LODGED
CLERK, U.S. DISTRICT COURT
11/1/2023
CENTRAL DISTRICT OF CALIFORNIA
BY: ___JB___ DEPUTY

# UNITED STATES DISTRICT COURT

for the

Central District of California

United States of America,

v.

CHRISTIAN ERNEST BEYER,

Defendant(s)

Case No. 5:23-mj-00508-DUTY

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of October 30, 2023 in the county of San Bernardino in the Central District of California, the defendant(s) violated:

*Code Section*
18 U.S.C. § 875(c)

*Offense Description*
Interstate threats

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

/s/ Sarah Weddle
Complainant's signature

Sarah Weddle, Special Agent
Printed name and title

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: November 1, 2023

Judge's signature

City and state: Los Angeles, California

Hon. Stephanie S. Christensen, U.S. Magistrate Judge
Printed name and title

AUSA: Daniel H. Weiner (x0813)

**AFFIDAVIT**

I, Sarah Weddle, being duly sworn, declare and state as follows:

## I. PURPOSE OF AFFIDAVIT

1. This affidavit is made in support of a criminal complaint and arrest warrant against Christian Ernest BEYER ("BEYER") for a violation of 18 U.S.C. § 875(c): Interstate threats on or about October 30, 2023.

2. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to show merely that there is sufficient probable cause for the requested complaint and warrants and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

## II. BACKGROUND OF AFFIANT

3. I am a Special Agent ("SA") with the Naval Criminal Investigative Service ("NCIS") and have been so employed since November 2020. I am currently assigned as an NCIS Task Force Officer to the Federal Bureau of Investigation ("FBI") Los Angeles Joint Terrorism Task Force ("JTTF"), and my primary duties are the investigation of general felony level crimes and domestic terrorism. As part of my duties, I regularly review crime statistics, conduct surveillance, make arrests, interview suspects, and prepare investigations for criminal filings in federal and military courts.

I have received training in criminal and constitutional law, the management and conduct of criminal investigations, and the collection of physical and/or testimonial evidence.  Additionally, I have attended the San Diego Law Enforcement Coordination Center (SD-LECC) Terrorism Liaison Officer Course as well as the Joint Regional Intelligence Center (JRIC) Policing Violent Extremism (ISIS/ISIL) and Policing Violent Extremism II – the Merger of Crime and Terror courses.  Prior to joining NCIS, I was a Staff Operations Specialist for the FBI from July 2014, until October 2020.  I possess a Master of Arts in European Studies from the Jagiellonian University, Krakow, Poland.  I am a graduate of the Criminal Investigator Training Program and the NCIS Special Agent Basic Training Program at the Federal Law Enforcement Training Center in Glynco, Georgia.

### III. **SUMMARY OF PROBABLE CAUSE**

4.   On October 30, 2023, BEYER posted a YouTube video on the channel labeled "Christian Beyer" threatening to kill multiple military personnel at Fort Irwin, a military installation located in the Central District of California.  Specifically, BEYER stated in the video, among other statements, that he was "calling out the people that forced me out . . . the Boones' . . . [FNU] McClellan, Jean Baptiste, and the First Sergeant . . . Go ahead and fucking hang it up or you're harboring those police like you've already done before and **I will fucking come and hunt you**, and I'm telling you that right now and not just because I'm harboring a witness because the cops fucking made up all this shit anyway and you guys fucking ran along with them so fuck you. **I'm coming for you. I'm gonna kill your whole fucking family if they stay there**."

5.      Based on conversations with a Fort Irwin Criminal Investigation Division Agent, I am aware that BEYER knows how to access the Fort Irwin installation through unofficial trails and/or means and knows how to circumvent official entry/access points to the Fort Irwin installation.

6.      Based on conversations with a Deputy from the Mendocino County Sheriff's Office, I am aware that, on or about October 30, 2023, BEYER was involved in an altercation with a group of elderly individuals after BEYER left his car in a neighborhood where he did not live.  During the altercation, BEYER brandished a knife at one of the elderly gentlemen, and then got in his car and drove off.  Immediately after, BEYER turned around and sped towards the group of elderly people, swerving approximately 13 feet off the street towards the group.  BEYER sped away and drove to a parking lot, where he was later confronted by local law enforcement.  BEYER got out of his car and fled on foot.  BEYER remains at large.

### IV. STATEMENT OF PROBABLE CAUSE

**A.    Fort Irwin CID Informs the FBI That BEYER Posted Concerning Videos on His Facebook Page**

7.      On September 20, 2023, the United States Army, Criminal Investigation Division ("CID"), National Training Center Fort Irwin ("Fort Irwin"), provided the FBI with information that BEYER posted multiple compilation videos on his "Christian Beyer" Facebook account discussing senior ranking personnel stationed at Fort Irwin.

**B.    BEYER Posts a YouTube Video Threatening to Kill Military Officials and Their Families**

8.      On October 30, 2023, I received a call from Petaluma Police Department Officer Steven Clustka informing me that BEYER was arrested by Mendocino County Sherriff's Office ("MCSO") on October

28, 2023 for disorderly conduct and being under the influence of drugs. Officer Clustka also informed me that BEYER had recently posted videos on his YouTube channel that contained threatening language.

9. Through open-source research, I identified BEYER's YouTube channel as "Christian Beyer" with the username "@user-kj7nh3zz9u". Based on my review of BEYER's Facebook page and the picture from his California Drivers' License, I identified BEYER as the individual in the vides on the "Christian Beyer" YouTube channel. I further confirmed that the individual speaking in the YouTube videos matched the visual depiction of the BEYER's mugshot from his October 28, 2023 Mendocino county arrest.

10. On October 30, 2023, I reviewed a video on BEYER's YouTube channel titled "my terms to Richard Boone", which was posted on or about October 30, 2023. Based on my review of the video, BEYER expresses homicidal ideations toward military individuals, including Richard Boone and Chief Payne.[1] Based on conversations with Agent Paladines, Boone and Payne, who are located at Fort Irwin within the Central District of California, have both seen the video described below.

11. Based on my review of the "my terms to Richard Boone" YouTube video, BEYER makes the following statements:

    a. "Oh yeah, one more thing for all my fucking riders in Barstow. If you're fucking feeling a little down on your luck, and like you think life can't get any worse, there's a bounty on

---

[1] Utilizing Department of Defense databases, I identified Boone as Master Sergeant Richard Boone, who is stationed at Fort Irwin, within the Central District of California. Through coordination with CID Agent Cameron Paladines, Chief Payne was identified as Richard E. Payne, who is the Chief of Police at Fort Irwin.

Chief Payne and every fucking police officer on that fucking installation. The guards will get out of the way because they will know that you are there to extinguish the enemy of this fucking country and you will explain that to them. **I'm here to fucking take Chief Payne out of position**."

      b.   "That's Chief Payne. That's what they wear. That's what the military police wear is Army uniforms. They're faking. **Go kill them. All of them. It's fine. Don't worry about it. And if one of you wants to do it, go for it dude. Die a fucking hero**."

      c.   "I'm calling out the people that forced me out . . . the Boones' . . . [FNU] McClellan, Jean Baptiste, and the First Sergeant . . . Go ahead and fucking hang it up or you're harboring those police like you've already done before and **I will fucking come and hunt you**, and I'm telling you that right now and not just because I'm harboring a witness because the cops fucking made up all this shit anyway and you guys fucking ran along with them so fuck you. **I'm coming for you. I'm gonna kill your whole fucking family if they stay there**."

      d.   "**And the terms are Boone, you can always fucking put in your retirement packet tomorrow and I won't hunt you anymore, but you're a good hunter too, and I've always, always waited to have a good fucking show down with you and now, here it is**."

      e.   BEYER then states that Boone can either retire "or **you can fucking oppose me and I'll kill you and your whole fucking family because they're part of your shit**."

      f.   "Otherwise . . . I'll be at your retirement ceremony, I'll be like fuck yeah the Boones' are great, yeah we had a problem they testified against me like no big deal, whatever, he was fucking

crazy . . . your career is over or **I'm going to come to Fort Irwin and kill you and everyone else in there at Fort Irwin**."

      g.   "**You have like two days or I'm coming myself, and you know I can fucking get there. I will come there with guns**. And if you guys shoot me at the fucking gate good for you and if you stand there and oppose me at the fucking gate I will shoot you because you're my enemy at that point."

      h.   Based on conversations with CID Agent Cameron Paladines, Boone told CID that BEYER knows how to access the Fort Irwin installation through unofficial trails and/or means and knows how to circumvent official entry/access points to the Fort Irwin installation.

   12.   On or about October 30, 2023, BEYER posted another YouTube video on his channel titled, "HELP". Based on my review of the video, BEYER states, "I had a great fucking life and I will fucking die for what I believe in. If you come to fucking get me and you have a fucking uniform on, you're a fucking enemy and I will not look at you as anything else. I will fucking fight you til I take you down."

   13.   Based on my training, experience, conversations with other law enforcement agents prosecuting cases involving threats posted on social media and the Internet, and public records research, I am aware that videos uploaded to YouTube are uploaded to various servers across the world and the United States.

      **C. BEYER Recently Pulled a Knife and Threatened Multiple People on October 30, 2023**

   14.   On October 31, 2023, Mendocino County Sheriff's Office Deputy Christian Denton, informed me that, on or about October 30, 2023, BEYER was involved in an altercation with a group of elderly

individuals after BEYER left his car in a neighborhood where he did not live.  BEYER brandished a knife at one of the elderly gentlemen, and then got in his car and drove off.  Immediately after, BEYER turned around and sped towards the group of elderly people, driving his vehicle approximately 13 feet off the street towards the group.  BEYER then sped away and drove to a parking lot, where he was later confronted by local law enforcement.  BEYER got out of his car and fled on foot.

15. As of the date of this filing, BEYER remains at large.

### D. BEYER's Military Convictions

16. Based on my review of BEYER's military arrest record and prosecution sheet, and I learned BEYER was convicted/administratively adjudicated of the following crimes:

17. On or about April 26, 2021, BEYER was arrested for violation of Article 128 (assault by battery) of the Uniform Code of Military Justice ("UCMJ").  In a memorandum written by Brigadier General Curtis D. Taylor, United States Army, Fort Irwin, dated 07/16/2021, General Curtis described the incident as follows:

   a. "I am deeply concerned regarding your actions on 26 April 2021. On that date you **pushed your wife, barricaded yourself inside your residence with an unregistered firearm, and disobeyed lawful orders**.  Furthermore, you showed a lack of respect and decorum to Military Police upon your apprehension when you spit chewing tobacco on the floor of the patrol car and urinated in the police interview room."  BEYER was administratively adjudicated for this conduct.

### E.   Other Threatening Conduct by BEYER

18. On October 4, 2023, I reviewed BEYER's publicly available Facebook page and noted the following post:

        a.   On or about October 3, 2023, BEYER posted two videos of an interaction he had with the California Highway Patrol ("CHP"), in which BEYER appeared upset and argumentative with the CHP officers.  In the comment section of the video, BEYER wrote: "Yeah I need help with that, these absolute trash cops . . . Go keep getting bridges and roads named after your fallen comrades you pieces of shit, I'll just giggle and laugh and flip then off every time I drive by their sign, thinking about how they got smoked probably being douchebags anyway . . ."  Underneath that comment, BEYER

posted a picture of what appears to be the silhouette of a law enforcement officer in the crosshairs of a target.



## V. CONCLUSION

57. For all of the reasons described above, there is probable cause to believe that BEYER committed a violation of 18 U.S.C. § 875(c): Interstate threats, on or about October 30, 2023.

Attested to by the applicant in
accordance with the requirements
of Fed. R. Crim. P. 4.1 by
telephone on this  1st day of
November, 2023.

_____
UNITED STATES MAGISTRATE JUDGE